IN THE COURT OF CRIMINAL APPEALS


OF TEXAS





NO. WR-42,645-18






CHARLES WAYNE BISHOP, Relator


v.


TRAVIS COUNTY DISTRICT CLERK, Respondent






ON APPLICATION FOR A WRIT OF MANDAMUS

CAUSE NO. D-1-DC-08-203263 IN THE 403RD JUDICIAL DISTRICT COURT

FROM TRAVIS COUNTY





 Per curiam.


O R D E R




 Relator has filed a motion for leave to file a writ of mandamus pursuant to the original
jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus
in the 403rd Judicial District Court of Travis County, that more than 35 days have elapsed, and that
the application has not yet been forwarded to this Court. 

 In these circumstances, additional facts are needed. Respondent, the District Clerk of Travis
County, is ordered to file a response, which may be made by: submitting the record on such habeas
corpus application; submitting a copy of a timely filed order that designates issues to be investigated,
see McCree v. Hampton, 824 S.W.2d 578 (Tex. Crim. App. 1992); or stating that Relator has not
filed an application for a writ of habeas corpus in Travis County. Should the response include an
order designating issues, proof of the date the district attorney's office was served with the habeas
application shall also be submitted with the response. This application for leave to file a writ of
mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such
response shall be submitted within 30 days of the date of this order.



Filed: October 12, 2011

Do not publish